

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MERCHANTS BANK OF INDIANA,

    Plaintiff,

-against-

SPROUT MORTGAGE, LLC,

    Defendant.
-----------------------------------------------------------X

Civil Action No. 22-cv-04480-GRB-SIL

AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
      S.S.:
COUNTY OF NEW CASTLE  )

**SHARLENE BROOKS**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, D.L.S., INC., and is not a party to this action.

That on the 3rd day of August, 2022, at approximately 3:34 pm, deponent served a true copy of the SUMMONS; CIVIL COVER SHEET; AND COMPLAINT upon **SPROUT MORTGAGE LLC** c/o Universal Registered Agents, Inc. at 300 Creek View Road, Suite 209, Newark, DE 19711, by personally delivering and leaving the same with **KATHY HUNDLEY**, who is a Corporate Specialist and is authorized to receive service at that address.

**KATHY HUNDLEY** is a white female, approximately 55 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 150 pounds with red hair.

_____ 8/5/2022
SHARLENE BROOKS

Sworn to before me this
5 _____ day of August, 2022

_____
NOTARY PUBLIC

# 28 2611

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com

KIMBERLY J. RYAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 31, 2024