UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Merchants Bank of Indiana,

        Plaintiff,

v.

Sprout Mortgage, LLC,

        Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

2:22-cv-04480-GRB-SIL

    IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Peter Mastaglio, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

    IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on April 12 at 10:00 am via video conference.

    IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: Feb. 27, 2023

_____
John D. Waller, Dinsmore & Shohl
Counsel for Plaintiff(s)

_____
Nathan R. Jones, Forchelli Deegan Terrana LLP
Counsel for Defendant(s)