

**NATHAN R. JONES**
**Partner**
NJONES@FORCHELLILAW.COM

July 24, 2023

**<u>Via ECF</u>**
Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, NY 11722-9014

        *Merchants Bank of Indiana v. Sprout Mortgage, LLC*
        2:22-cv-04480-GRB-SIL

Dear Judge Brown:

    This firm represents defendant Sprout Mortgage, LLC in the above-referenced matter, and has made a motion to be relieved as counsel (Docket # 33). This Court has scheduled an in-person hearing on the pending motion for August 3, 2023 at 11:00 a.m. (Docket # 34).

    This letter is to inform the Court and plaintiff that an involuntary bankruptcy petition was filed against Defendant Sprout Mortgage LLC in the United States Bankruptcy Court for the Eastern District of New York, Case No. 1-23-42369. As a result, this action is stayed pursuant to Section 362 of the Bankruptcy Code.

    In light of this filing, we respectfully request that the above-referenced motion and hearing be adjourned without date.

    Thank you for your attention to this matter.

                      Respectfully submitted,

                      /s/
                      Forchelli Deegan Terrana LLP
                      By:  Nathan R. Jones

cc:    counsel for plaintiff (*via ECF*)