| | |
|---|---|
| MERCHANTS BANK OF INDIANA, | Civil Action No. 2:22-cv-04480-GRB-SIL |
| Plaintiff/Counterclaim Defendant, | |
| v. | **PLAINTIFF MERCHANTS BANK OF INDIANA'S STATUS REPORT** |
| SPROUT MORTGAGE, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

Pursuant to this Court's order dated March 26, 2026, directing the filing of a status report on or before April 28, 2026, Plaintiff/Counterclaim Defendant, Merchants Bank of Indiana ("Merchants"), by and through its undersigned counsel, provides the following status report. The information herein is based on review of public dockets unless otherwise stated.

1. On or about July 5, 2023, a Chapter 7 Involuntary Petition for Bankruptcy was filed against Sprout Mortgage, LLC ("Sprout") in the U.S. Bankruptcy Court for the Eastern District of New York, Cause No. 8-23-72433 ("Bankruptcy Action").

2. In light of the Bankruptcy Action, on August 1, 2023, this Court issued an order staying all proceedings in this action pursuant to 11 U.S.C. § 362(a).

3. On October 20, 2023, the Bankruptcy Action Court converted the Bankruptcy Action from a Chapter 7 to a Chapter 11 Bankruptcy Action and appointed Allen B. Mendelsohn, Esq. as the Chapter 11 Operating Trustee for Sprout's bankruptcy estate (the "Trustee").

4. It is Merchants' understanding that the Trustee is actively engaging in efforts to recover assets of Sprout, so that such assets may be distributed to creditors, such as Merchants, and that as part of these efforts, on or about February 16, 2024 the Trustee initiated an adversary proceeding against, among others, the former CEO of Sprout, Michael Strauss, under case

captioned as *Allan B. Mendelsohn, Esq., Chapter 11 Trustee of Sprout Mortgage, LLC v. Strauss et al.*, Adv. Proc. No. 8-24-08016-spg (EDNY) (the "Adversary Proceeding").

5.      Merchants is not a party to the Adversary Proceeding.

6.      The Bankruptcy Action and the Adversary Proceeding are ongoing.

7.      In light of the ongoing Bankruptcy Action, the automatic bankruptcy stay under 11 U.S.C. § 362(a) remains in place and the instant action continues to be stayed.

Respectfully Submitted,

Dated:    April 3, 2026

/s/ David W. Patton
Eddy Salcedo
Matthew C. Catalano
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Phone: (212) 218-5500
Fax: (212) 218-5526
Email: esalcedo@seyfarth.com
mcatalano@seyfarth.com

Dinsmore & Shohl LLP
John D. Waller (pro hac vice)
David W. Patton (pro hac vice)
211 North Pennsylvania Street, Suite 1800
Indianapolis, IN 46204
Phone: (317) 639-6151
Fax: (317) 639-6444
Email: John.Waller@Dinsmore.com
David.Patton@Dinsmore.com

*Attorneys for Merchants Bank of Indiana*

To:

Forchelli Deegan Terrana, LLP
Nathan R. Jones, Esq.
njones@forchellilaw.com

*Attorneys for Sprout Mortgage, LLC*

(Via CM/ECF)